PER CURIAM.
Affirmed. Miami Roofing & Sheet Metal Co. v. Kindt, Fla.1950, 48 So.2d 840; Rainbow Poultry Co. v. Ritter Rental System, Inc., Fla.1962, 140 So.2d 101; Smith v. Poston Equipment Rentals, Fla.App.1958, 105 So.2d 578; Michaels v. United States Fidelity & Guaranty Co., Fla.App.1961, 129 So.2d 427; Carter v. Sims Crane Service, Inc., Fla.1967, 198 So.2d 25; Kolarik v. Rodgers Bros. Service, Inc., Second District Court of Appeal, 268 So.2d 187, opinion filed November 1, 1972; McCollum v. Smith, 9 Cir. 1964, 339 F.2d 348; New York Central R. Co. v. Northern Ind. Pub. Serv. Co., 1966, 140 Ind.App. 79, 221 N.E.2d 442; Nyman v. MacRae Brothers Construction Co., 1966, 69 Wash.2d 285, 418 P.2d 253.
REED, C. J., and OWEN and MAGER, JJ., concur.